IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ATLAS IP, LLC,

      Plaintiff,                                     Case No. 15-14265

v.

                                                Hon. Laurie J. Michelson

DTE ELECTRIC CO.,                              Magistrate Judge Mona K. Majzoub

      Defendant.

_____/

**ORDER DENYING APPLICATION FOR RELIEF
FROM LOCAL COUNSEL REQUIREMENT [6]**

      This is a patent infringement lawsuit. Defendant DTE Electric Co. has retained counsel from the Washington, D.C. office of Latham and Watkins. Presently before the Court is an Application from defense counsel to "relieve them of their obligation to specify local counsel" pursuant to E.D. Mich. LR 83.20(f)(1). (Dkt. 6.) The Court appreciates that counsel has appeared in this Court several times and does not doubt his ability to handle this matter. But that does not eliminate the additional benefits that local counsel can provide in enhancing the efficiency and economy of a case like this. The Court will certainly consider future requests to excuse local counsel from attending various court proceedings.

      Accordingly, the Application is **DENIED**.

      IT IS SO ORDERED.

                                 s/Laurie J. Michelson
                                 LAURIE J. MICHELSON
                                 UNITED STATES DISTRICT JUDGE

Dated: December 28, 2015

**PROOF OF SERVICE**

      I hereby certify that a copy of this Order was served upon counsel of record on this date.

      Dated:  December 28, 2015          s/ Lisa C. Bartlett for Jane Johnson
                                           Case Manager